So Ordered.

Dated: March 24, 2022



/s/ Rachel Blise
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: CINDY MARTINSON,  Chapter 13
 Case No. 20-23758-RMB

Debtor.

# ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on February 21, 2022 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's February 21, 2022 request to modify confirmed plan.

2. Summary of payments: $0.00 monthly February and March 2022, $872.00 monthly for the remainder of the 67-month plan.

#####